Saline County - Cad Dispatch
Public Safety Record: Call For Service
PSR Id                              16716-11

| | | | |
|---|---|---|---|
| Current PSR Status | | Completed | |
| Call Information | | | |
| Location | | 13523 SW 2ND ST ,BRYANT ,AR 72022 | |
| Call Type | | Type Description | |
| Call Priority | | District/Zone | / |
| Map Coordinates | | MAPSCO Coor. | |
| Caller | | Contact Name | |
| Caller Address | | Caller City | |
| Caller State | | Caller Zip | |
| Caller Phone | | Scene Address | 13523 SW 2ND ST |
| Scene City | BRYANT | Scene State | AR |
| Scene Zip | 72022 | Scene Phone | |
| Origin Address | | Origin City | |
| Origin State | | Origin Zip | |
| Origin Phone | | 911/RPO | |
| P. S. Request | NO | Contact Req? | NO |
| Entry Date | 10/09/2011 | Entry Time | 00:03:43 |
| Date Completed | 10/09/2011 | Time Completed | 00:16:20 |
| Call Method | | Call Taker | YATES |
| Base | | Personnel | |
| Dispatch Time | 00:03:47 | Dispatcher | YATES |
| Ack/Enroute Time | 00:03:47 | Enroute Status | |
| Arrived Time | 00:06:48 | Departed Time | 00:16:20 |
| Departed Status | | Destination | |
| Transport Arrival | | Beg. Mileage | |
| End. Mileage | | Finished | |
| Confirmation Type | | Disposition | |
| Reference | | Type | |
| Age | | Gender | |

Saline County - Cad Dispatch
Public Safety Record: Call For Service
PSR ID: 16716-11

| Unit(s) | Officer Name For Unit | Service Number | Unit CFS Status |
|---|---|---|---|
| 203 | WATSON,JEFFREY | 2011-1587 | C |
| 206 | BLANKENSHIP,TIM | 2011-1587 | C |
| 638 | BABBITT,PAUL | 2011-10628 | C |
| 743 | ODOM,JERRY | 2011-10628 | C |
| 634 | GREEN,TIM | 2011-10628 | C |

| Disposition | Notes |
|---|---|
|  |  |

Saline County - Cad Dispatch
Public Safety Record: Call For Service
PSR ID: 16716-11

| Time | From | To | Call Code | Traffic | Officer |
|---|---|---|---|---|---|
| 00:03:43 | BASE | | | | |
| 00:03:47 | 203 | BASE | 10-96 | ENROUTE PSR#16716-11 :13523 SW 2ND ST ,BRYANT ,AR 72022 | WATSON,JEFFREY |
| 00:06:48 | 203 | BASE | 10-97 | ARRIVED | WATSON,JEFFREY |
| 00:07:34 | 206 | BASE | 10-96 | ENROUTE PSR#16716-11 :13523 SW 2ND ST ,BRYANT ,AR 72022 | BLANKENSHIP,TIM |
| 00:08:24 | 638 | BASE | 10-96 | ENROUTE PSR#16716-11 :13523 SW 2ND ST ,BRYANT ,AR 72022 | BABBITT,PAUL |
| 00:08:45 | 743 | BASE | 10-96 | ENROUTE PSR#16716-11 :13523 SW 2ND ST ,BRYANT ,AR 72022 | ODOM,JERRY |
| 00:09:10 | 634 | BASE | 10-96 | ENROUTE PSR#16716-11 :13523 SW 2ND ST ,BRYANT ,AR 72022 | GREEN,TIM |
| 00:09:25 | 206 | BASE | 10-97 | ARRIVED | BLANKENSHIP,TIM |
| 00:14:14 | 743 | BASE | 10-98 | | ODOM,JERRY |
| 00:14:23 | 638 | BASE | 10-98 | | BABBITT,PAUL |
| 00:14:26 | 634 | BASE | 10-98 | | GREEN,TIM |
| 00:15:40 | 203 | BASE | GT | GENERAL TRAFFIC: REQ BACK UP | WATSON,JEFFREY |
| 00:15:47 | 203 | BASE | GT | GENERAL TRAFFIC: 22 COUNTY UNITS EVERYTHING IS 10-50 | WATSON,JEFFREY |
| 00:16:16 | 203 | BASE | 10-98 | COMPLETED | WATSON,JEFFREY |
| 00:16:20 | 206 | BASE | 10-98 | COMPLETED | BLANKENSHIP,TIM |

Saline County - Cad Dispatch
Public Safety Record: Call For Service
PSR ID: 16716-11