OFFICER REPORT

Eric Staten 203
Alexander Police Department

On May 29, 2011, I, officer Staten, went to assist Shannon Hills on a disturbance. Upon my arrival, I made contact with the Oscar De Leon. He advised me the suspect was in the attic. Officer Hawkins was on the east side of the residence trying to get the suspect to come down. I position myself on the west side of the residence just in case the suspect goes my way. Officer Shepard was in the attic with the suspect. Officer Hawkins went through the east entrance to retrieve the suspect until the suspect started resist in a combative manner. In the confine space, Officer Hawkins used his ASP baton to gain control of the suspect. Officer Hawkins felled through the ceiling but was able to gain his control of his fall by bracing himself on a ceiling beam. Officer Hawkins was able to put handcuffs on the suspect. I escorted the suspect to the Shannon Hills patrol unit where I perform a Terry Frisk on the suspect. I place the suspect in the car.

Officer Eric Staten 203

**Alexander Police Department**
INFORMATION REPORT

**INCIDENT #**   2011-384

| Type Incident | Use Of Force | | | | | Incident Date | 3/16/11 | Incident Time | 6:00p | Type Call | Information |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Call Date | 3/16/11 | Call Time | 6:10p | Unit Assigned | 201 | Premise | Bus | Geo. Code | | District Occurred | |
|---|---|---|---|---|---|---|---|---|---|---|---|

ADDRESS OF INCIDENT

BUSINESS NAME        Hess Service Station                                Phone

---

**1. Subj's Class:**  (Check One) Person Reporting ☐ Victim ☐ Suspect ☐ Witness ☒ Owner ☐ Contact ☐ Missing ☐ Runaway ☐ ATL ☐

| Last Name | Meredith | | First | Christopher | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | W | Sex | M | DOB | 20tys | HGT | 6 Ft | 3 Ins | Wgt 235 | Hair Brow | Eyes Unk |
| Address | Unk | | | | | | Type Res | | City Bauxite | | State AR |
| Phone | | Driver's Lic # | | | | State | | Social Sec # | | | |
| Place of Employment | | | | Phone | | | | Scars, Marks, etc. | | | |
| Info. (Location of weapon, etc.) | | | | | | | | | | | |

Clothing Desc. Hat        Coat        Shirt/Blouse None    Pants/Dress        Shoes boots

**2. Subj's Class:**  (Check One) Person Reporting ☐ Victim ☐ Suspect ☐ Witness ☐ Owner ☐ Contact ☐ Missing ☐ Runaway ☐ ATL ☐

| Last Name | | | First | | | Middle | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | | Sex | | DOB | | HGT | Ft | Ins | Wgt | Hair | Eyes |
| Address | | | | | | | Type | | City | | State |
| Phone | | Driver's Lic # | | | | State | | Social Sec # | | | |
| Place of Employment | | | | Phone | | | | Scars, Marks, etc. | | | |
| Info. (Location of weapon, etc.) | | | | | | | | | | | |

Clothing Desc. Hat        Coat        Shirt/Blouse        Pants/Dress        Shoes

**3. Subj's Class:**  (Check One) Person Reporting ☐ Victim ☐ Suspect ☐ Witness ☐ Owner ☐ Contact ☐ Missing ☐ Runaway ☐ ATL ☐

| Last Name | | | First | | | Middle | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | | Sex | | DOB | | HGT | Ft | Ins | Wgt | Hair | Eyes |
| Address | | | | | | | Type | | City | | State |
| Phone | | Driver's Lic # | | | | State | | Social Sec # | | | |
| Place of Employment | | | | Phone | | | | Scars, Marks, etc. | | | |
| Info. (Location of weapon, etc.) | | | | | | | | | | | |

Clothing Desc. Hat        Coat        Shirt/Blouse        Pants/Dress        Shoes

**4. Subj's Class:**  (Check One) Person Reporting ☐ Victim ☐ Suspect ☐ Witness ☐ Owner ☐ Contact ☐ Missing ☐ Runaway ☐ ATL ☐

| Last Name | | | First | | | Middle | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Race | | Sex | | DOB | | HGT | Ft | Ins | Wgt | Hair | Eyes |
| Address | | | | | | | Type | | City | | State |
| Phone | | Driver's Lic # | | | | State | | Social Sec # | | | |
| Place of Employment | | | | Phone | | | | Scars, Marks, etc. | | | |
| Info. (Location of weapon, etc.) | | | | | | | | | | | |

Clothing Desc. Hat        Coat        Shirt/Blouse        Pants/Dress        Shoes

**1. Veh. Class**  (Check One) Wanted ☐ Suspect ☐ Subj of Report ☐ Stolen ☐ Abandoned ☐ Stored ☐ Other ☐

| Color | | Veh Year | | Make | | Model | | Style | |
|---|---|---|---|---|---|---|---|---|---|
| Lic Year | | Lic State | | Lic Number | | Lic Type | | VIN | |
| Remarks | | | | SRN # | | | NIC # | | |

**2. Veh. Class**  (Check One) Wanted ☐ Suspect ☐ Subj of Report ☐ Stolen ☐ Abandoned ☐ Stored ☐ Other ☐

| Color | | Veh Year | | Make | | Model | | Style | |
|---|---|---|---|---|---|---|---|---|---|
| Lic Year | | Lic State | | Lic Number | | Lic Type | | VIN | |
| Remarks | | | | SRN # | | | NIC # | | |

**3. Veh. Class**  (Check One) Wanted ☐ Suspect ☐ Subj of Report ☐ Stolen ☐ Abandoned ☐ Stored ☐ Other ☐

| Color | | Veh Year | | Make | | Model | | Style | |
|---|---|---|---|---|---|---|---|---|---|
| Lic Year | | Lic State | | Lic Number | | Lic Type | | VIN | |
| Remarks | | | | SRN # | | | NIC # | | |

| Officer Signature & ID #   _[signature]_ 201 | DATE 3/17/11 | Time 4:00 pm | Supervisor _[signature]_ |
|---|---|---|---|
| Investigator Assigned & ID # | Supervisor | | Case Status: Active    (((Cleared)))  Exceptionally Cleared    Unfounded |

1

# DETAILS OF INFORMATION
Include points of entry, tools used, objects of attack where applicable

On 03/16/11 I, Officer was advised that we needed to evacuate the Shell Station so that a search warrant could be served. Upon arrival all of the customers complied with Officers but Christopher Meredith. Meredith was advised several times that he needed to leave out of the store by Officers but he refused to comply. After Meredith was put out of the store by Officer he still attempted to reenter the store by pulling on the door handle. Meredith still remained uncooperative with Officers even though he was advised that if he didn't let go of the handled he would be arrested. See attached statement in reference to he incident.

| Itemized List of Property Involved | | | | |
|---|---|---|---|---|
| Quantity | Brand, Model & Description of Item | Serial or ID # | Value | Property Tag # |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | Total Value Property | Stolen $ | Recovered $ |

## ADDITIONAL ORIGINAL INFORMATION INCLUDED ON SUPPLEMENT FORM
LIST TRAFFIC SUMMONS & TICKET NUMBERS        /       /       /       /       /

2

2011-384

Case 4:13-cv-00121-SWW    Document 25-6    Filed 01/03/14    Page 4 of 8

TO: Chief Horace Walters
FROM: Asst. Chief Brad Williams
REF: OC deployment
DATE: 03/16/11


On 03/16/11 I, Officer B. Williams along with other Officers from assisting agencies seared a search warrant at the Hess Service Station. While inside the Hess Station everyone left from inside the store when directed by this Officer but Christopher Meredith. After being advised several times to leave the store Meredith refused to follow directions from this Officer.

After being asked several times to leave with negative results I, Officer B. Williams removed Meredith from the store. After Meredith was put out of the store by this Officer he continued to attempt to reenter the store by pulling on the door handle opening the door. I advised Meredith that if he didn't let go of the door I was going to arrest him.

After being advised again to let go of the door handle Meredith opened the door again and tried to enter the store. After Meredith refused to comply with this Officer I, Officer B. Williams used OS spray on Meredith because he still was trying to enter the store. After Meredith was sprayed with the OC agent by this Officer he let go of the door as directed by this Officer.

Meredith was advised that if he applied water to his face it would help with the burning. Meredith asked Officers how long it would take for the burning to go away and Officer Lawrence advised him it takes about thirty minutes. The Meredith was advised that he needed to leave the area by Chief Horace Walters. No further action taken at this time.




Assistant Chief Brad Williams

Brad Williams

TO: Chief Horace Walters
FROM: Oscar De Leon
REF: OC deployment
DATE: 03/16/11

I am writing in reference to the incident involving Assistant Chief Brad Williams, Christopher Meredith and myself. On 03/16/11 Officer Brad Williams and I were advised to clear the Hess Service Station on 13325 1ts Street so that a search warrant could be served. Upon arrival we were able to get everyone to leave out of the store but Christopher Meredith.

Assistant Chief Brad Williams advised Meredith several verbally to exit the store and Meredith would not comply. I asked Meredith also to leave the store and he would not comply becoming argumentative with Assistant Chief Brad Williams and I. After being asked several to exit the store Assistant Chief Williams and I removed Meredith from the store.

After being put out of the store Meredith opened the entry door and tried to re-enter the store. Assistant Chief Brad Williams grabbed the door and advised Meredith that he needed to let go of the door but Meredith would not comply with Officers. After Assistant Chief Brad Williams closed the door Meredith opened the door again so Assistant Chief Brad Williams closed the door and advised Meredith to let go of the door or he would be arrested.

After being advised twice to let go of the door Meredith pulled the door open a third time pulling the door handle out of Officer's Williams's hand. I felt that Meredith's actions were blatant and reckless putting Officers lives in danger. I feel that if Assistant Chief Brad Williams had not stopped Meredith's aggressive behavior he would have re-entered the store putting Officers Lives in danger. The store had several back rooms that we had not checked yet because Meredith would not comply with Officers. Therefore because of Meredith's reckless behavior the building was not secure putting Officers lives at risk.

Oscar De Leon

**Alexander Police Department**
INFORMATION REPORT

**INCIDENT #** 2011000149

| Type Incident | Use Of Force Taser Deployment | | | Incident Date | 1/31/11 | Incident Time | 13:30 | Type Call | Disturbance |
|---|---|---|---|---|---|---|---|---|---|
| Call Date | 1/31/11 | Call Time | 13:30 | Unit Assigned | 202&14 02 | Premise | RES | Geo. Code | | District Occurred | |

ADDRESS OF INCIDENT    10207 Laddie Drive Mabelvale AR, 72013

BUSINESS NAME                                                                 Phone

---

**1. Subj's Class:** (Check One) Person Reporting ☐ Victim ☒ Suspect ☐ Witness ☐ Owner ☐ Contact ☐ Missing ☐ Runaway ☐ ATL ☐

| Last Name | Lockwood | | First | Stephen | | Middle | |
|---|---|---|---|---|---|---|---|

| Race | W | Sex | M | DOB | ▓ | HGT | 6 | Ft | 2 | Ins | Wgt | | Hair | | Eyes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Address  ▓    Type  RES    City  ▓    State  AR

Phone    Driver's Lic #  ▓    State  AR    Social Sec #

Place of Employment    Phone    Scars, Marks, etc.

Info. (Location of weapon, etc.)

Clothing Desc.  Hat    Coat    Shirt/Blouse  None    Pants/Dress    Shoes

---

**2. Subj's Class:** (Check One) Person Reporting ☐ Victim ☐ Suspect ☐ Witness ☐ Owner ☐ Contact ☐ Missing ☐ Runaway ☐ ATL ☐

Last Name    First    Middle

Race    Sex    DOB    HGT    Ft    Ins    Wgt    Hair    Eyes

Address    Type    City    State

Phone    Driver's Lic #    State    Social Sec #

Place of Employment    Phone    Scars, Marks, etc.

Info. (Location of weapon, etc.)

Clothing Desc.  Hat    Coat    Shirt/Blouse    Pants/Dress    Shoes

---

**3. Subj's Class:** (Check One) Person Reporting ☐ Victim ☐ Suspect ☐ Witness ☐ Owner ☐ Contact ☐ Missing ☐ Runaway ☐ ATL ☐

Last Name    First    Middle

Race    Sex    DOB    HGT    Ft    Ins    Wgt    Hair    Eyes

Address    Type    City    State

Phone    Driver's Lic #    State    Social Sec #

Place of Employment    Phone    Scars, Marks, etc.

Info. (Location of weapon, etc.)

Clothing Desc.  Hat    Coat    Shirt/Blouse    Pants/Dress    Shoes

---

**4. Subj's Class:** (Check One) Person Reporting ☐ Victim ☐ Suspect ☐ Witness ☐ Owner ☐ Contact ☐ Missing ☐ Runaway ☐ ATL ☐

Last Name    First    Middle

Race    Sex    DOB    HGT    Ft    Ins    Wgt    Hair    Eyes

Address    Type    City    State

Phone    Driver's Lic #    State    Social Sec #

Place of Employment    Phone    Scars, Marks, etc.

Info. (Location of weapon, etc.)

Clothing Desc.  Hat    Coat    Shirt/Blouse    Pants/Dress    Shoes

---

**1. Veh. Class** (Check One) Wanted ☐ Suspect ☐ Subj of Report ☐ Stolen ☐ Abandoned ☐ Stored ☐ Other ☐

Color    Veh Year    Make    Model    Style

Lic Year    Lic State    Lic Number    Lic Type    VIN

Remarks    SRN #    NIC #

---

**2. Veh. Class** (Check One) Wanted ☐ Suspect ☐ Subj of Report ☐ Stolen ☐ Abandoned ☐ Stored ☐ Other ☐

Color    Veh Year    Make    Model    Style

Lic Year    Lic State    Lic Number    Lic Type    VIN

Remarks    SRN #    NIC #

---

| Officer Signature & ID # J. Fenton | DATE 1/31/2011 | Time 15:23 | Supervisor Chief Walters |
|---|---|---|---|
| Investigator Assigned & ID # | Supervisor | | Case Status: Active (((Cleared))) Exceptionally Cleared    Unfounded |

1

## DETAILS OF INFORMATION

Include points of entry, tools used, objects of attack where applicable

On the above date and approximated time, I officer Fenton assisted Sgt Jackson with a disturbance at 10207 Laddie Drive. On arrival contact was made with a Lockwood, Stephen. Mr. Lockwood had been causing problems having verbal disagreements with his mother. Mr. Lockwood has a history of physical violence towards family members. Mr. Lockwood was given several verbal directives to place his hands behind his back so that Sgt Jackson could place him in Handcuffs. Mr. Lockwood refused to follow directives after being advised that if he didn't comply that he would be tased. As Sgt Jackson was attempting to handcuff Mr. Lockwood, Mr. Lockwood started resisting arrest. I officer Fenton deployed my Taser with the Top probe striking the suspect in the left breast and the other probe landed approximately 6inchs below the top probe on the upper stomach area. Mr. Lockwood was taken into custody without any further incidents. Shannon Hills Fire Department was dispatched for a medical assessment for Mr. Lockwood injuries. Mr. Lockwood was transported to Baptist Hospital by ambulance for a mental evaluation. All information was taken with nothing further to report end of statement.

| | Itemized List of Property Involved | | | |
|---|---|---|---|---|
| Quantity | Brand, Model & Description of Item | Serial or ID # | Value | Property Tag # |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | **Total Value Property** | **Stolen** | **Recovered** |
| | | | $ | $ |

## ADDITIONAL ORIGINAL INFORMATION INCLUDED ON SUPPLEMENT FORM

LIST TRAFFIC SUMMONS & TICKET NUMBERS      /      /      /      /      /

2

# ALEXANDER POLICE DEPARTMENT
## USE OF FORCE REPORT

Date: 1/31/2011    Time: 13:30    Incident#: 2011000149

Suspect Name: Lockwood, Stephen

Age: 30    Sex: male    Height: 6'2"    Race: White    Weight: _____

Suspect Address: ████████████████████

Nature of call or incident: (Civil Disturbance) Suicidal  Suicide by Cop  Violent Suspect

Barricaded  Warrant  Other: _____

Location of incident: (✓) Indoor  ( ) Outdoor  ( ) Jail  ( ) Hospital

Charges: _____

Deputies Involved: PTL.J. Fenton APD 202, Sgt Jackson

Type force used (check all that apply): ( ) physical  (✓) less-lethal  ( ) firearm  ( ) chemical

Nature of injuries: _____

Admitted to Hospital for injuries: Y /(N)  Psychiatric: (Y)/ N  Medical Treatment: (Y)/ N

Medical Exam: Y / N    Suspect under influence drugs/alcohol (specifics): _____

Any other subject injured during incident: Y /(N)  Explain: _____

Description of all injury: _____

**Taser**

Taser use: (success)/failure    Suspect wearing heavy clothes: (Y) N

# air cartridges fired: 1    # of cycles: 1    Ser # cartridge(s): T08-2053354

Dart probe contact: Y /(N)  Drive stun contact: Y /(N)

Approximate target distance at the time of the dart launch: 3 to 4 _____ feet

Distance between the two probes: 6 _____ inches    Need for an additional shot? Y /(N)

1