Defendant History Detail Report

Defendant: **Doss, Christopher**

Address: 15523 W 2nd Alexander, Arkansas 72002

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DOB: | 01/12/80 | Age: | 33 | SSN: | -- | Home Phn: | ()- | SID: | | FP: |
| Race: | Black | Ht: | | DL#: | AR / 903650146 | Work Phn: | | NCIC: | | |
| Sex: | Male | Wt: | | Susp: | No | Employer: | | | | |

| Case# | Jur | Charge Doc# | Viol Date | Charge Description | Court/Disp Date | Plea | Find | Disp | Order Amt | Paid Amt | Balance | Officer Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pending Cases | | | | | | | | | | | | |
| CR-13-108 | 00 | 397525 | 02/17/13 | (2nd)Public Intoxication | 05/13/13 | | | | $215.00 | $0.00 | $215.00 | Murray, Michael |
| CR-13-109 | 00 | 397525 | 02/17/13 | (3rd)Disorderly Conduct | 05/13/13 | | | | $215.00 | $0.00 | $215.00 | Murray, Michael |
| CR-13-110 | 00 | 397525 | 02/17/13 | (2nd)Resisting Arrest | 05/13/13 | | | | $1,135.00 | $0.00 | $1,135.00 | Murray, Michael |
| Count: 3 | | | | | | | | | $1,565.00 | $0.00 | $1,565.00 | |
| Adjudicated Cases | | | | | | | | | | | | |
| CR-11-561 | 00 | 6716-10 | 12/11/10 | (1st)Public Intoxication | 09/13/11 | G | G | FE | $0.00 | $0.00 | $0.00 | Eckman, Dennis |
| CR-11-562 | 00 | 6716-10 | 12/11/10 | (1st)Disorderly Conduct | 09/13/11 | G | G | FE | $0.00 | $0.00 | $0.00 | Eckman, Dennis |
| CR-11-563 | 00 | 6716-10 | 12/11/10 | (1st)Terroristic Threatening 1st Degree | 09/13/11 | G | G | FE | $0.00 | $0.00 | $0.00 | Eckman, Dennis |
| CR-11-656 | 00 | 394751 | 10/09/11 | (1st)Drinking In Public | 02/14/12 | | NP | FE | $0.00 | $0.00 | $0.00 | Watson, Jeffery |
| CR-11-657 | 00 | 394751 | 10/09/11 | (2nd)Disorderly Conduct | 02/14/12 | | NP | FE | $0.00 | $0.00 | $0.00 | Watson, Jeffery |
| CR-11-658 | 00 | 394751 | 10/09/11 | (1st)Resisting Arrest | 02/14/12 | | NP | FE | $0.00 | $0.00 | $0.00 | Watson, Jeffery |
| CR-11-659 | 00 | 394751 | 10/09/11 | (2nd)Terroristic Threatening 1st Degree | 02/14/12 | | NP | FE | $0.00 | $0.00 | $0.00 | Watson, Jeffery |
| Count: 7 | | | | | | | | | $0.00 | $0.00 | $0.00 | |
| | | | | Other Orders (Court Automation Fees) | | | | | $0.00 | $0.00 | $0.00 | |
| Grand Total Count: 10 | | | | | | | | | $1,565.00 | $0.00 | $1,565.00 | |