# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DOSS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:13CV00121 SWW |
| CITY OF ALEXANDER, ET AL. | * | |
| | * | |
| Defendants | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiffs' claims arising under federal law are DISMISSED WITH PREJUDICE, and Plaintiffs' supplemental claims brought pursuant to state law are DISMISSED WITHOUT PREJUDICE. This action is hereby DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 9TH DAY OF JUNE, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE